IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHELLE CRAMMER,** | : | **CIVIL ACTION** |
| **o/b/o JTM, a Minor,** | : | |
| **Plaintiff,** | : | |
| | : | |
| vs. | : | NO.   19-cv-849 |
| | : | |
| **ANDREW SAUL,**[1] | : | |
| **Commissioner of Social Security,** | : | |
| **Defendant.** | : | |

**ORDER**

AND NOW, this   29TH   day of May, 2020, IT IS ORDERED that Plaintiff's Request for Review is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b) based on Plaintiff's failure to prosecute this action.  Judgment is entered in favor of the Defendant.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge

---

[1] The Court has substituted Andrew Saul as Defendant in this matter pursuant to Fed. R. Civ. P. 25(d).